UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CATANYA BROWN,

                              Plaintiff,

                                                                  ORDER
        v.                                                   13-CV-356A

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                              Defendant.

       The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On April 7, 2014, Magistrate Judge Scott filed a Report and Recommendation, recommending that the decision of the Commissioner be reversed and that this matter be remanded for further administrative proceedings.  The Magistrate Judge further recommended that the defendant's motion for judgment on the pleadings (Dkt. No. 16) should be denied and the plaintiff's motion for similar relief in her favor (Dkt. No. 17) should be granted.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the decision of the Commissioner is reversed, and this matter is remanded for further administrative proceedings.  The defendant's motion for judgment on the pleadings is denied, and the

plaintiff's motion for similar relief in her favor is granted.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

___*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   April 28, 2014